1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   Case No.  1:16-po-00249-SAB
                                        )
12            Plaintiff,                )
                                        )   ORDER DENYING PARTIES' STIPULATION
13   vs.                                )   TO WITHDRAW GUILTY PLEA
                                        )
14   CHARLES E. TIBBITS,                )   FIVE DAY DEADLINE
                                        )
15            Defendant.                )
     _____)
16

17          On January 19, 2017, the defendant, Mr. Charles E. Tibbits, plead guilty to one count of

18   engaging in business without a permit in violation of 36 Code of Federal Regulation § 5.3.

19   The Honorable Stanley A. Boone released Mr. Tibbits on January 19, 2017 with the special

20   condition that Mr. Tibbits pay restitution in the amount of $5,101.69.  As part of his

21   diversionary agreement, the Government was to permit Mr. Tibbits to withdraw his guilty plea

22   if he pays the restitution in full before January 19, 2018.

23          On January 3, 2018, the parties filed a stipulation to withdraw the guilty plea.

24   However, where the parties have entered into a diversionary plea agreement, the proper

25   procedure is to file a motion for vacatur of the guilty plea and, in the event of vacatur,

26   dismissal.  See United States v. Escobar, No. 1:16-cf-00082-SAB (E.D. Cal.).  Accordingly,

27   the Court shall deny the stipulation to withdraw the guilty plea and the parties shall file a

28   motion for vacatur of the guilty plea and, in the event of vacatur, dismissal, within five (5) days

of the date of entry of this order and set for January 18, 2018 at 10:00 a.m.  The defendant is
not ordered to appear at that date and time, but is free to attend.

IT IS SO ORDERED.

Dated:    **January 3, 2018**

_____
UNITED STATES MAGISTRATE JUDGE