# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>CHARLES E. TIBBITS,<br><br>   Defendant. | Case No. 16-po-00249-SAB<br><br>ORDER GRANTING JOINT MOTION FOR VACATUR OF GUILTY PLEA AND DISMISSAL OF CHARGES WITH PREJUDICE<br><br>(ECF No. 12) |

On January 4, 2017, the parties entered into a diversionary plea agreement in which Defendant Charles E. Tibbits agreed to enter a guilty plea engaging in business without a permit, in violation of 36 C.F.R. § 5.3. (ECF No. 6.) Sentencing was postponed for a diversionary period in which Defendant Tibbits was to (1) pay restitution in the amount of $5,101.69 to the National Park Service; (2) provide proof of such payment to his attorney and the United States Attorney's Office for the Eastern District of California; (3) report any contact with law enforcement to his attorney and the United States Attorney's Office for the Eastern District of California within 48 hours; (4) report any change of address to his attorney and the United States Attorney's Office for the Eastern District of California within 7 days; and (5) obey all laws. (Id. at ¶ 2(f).) In exchange for the Defendant's performance of these conditions, the United States agreed to: (i) stipulate to the withdrawal of Defendant's guilty plea; and (ii) move for dismissal of the information, at the time of sentencing. (Id. at ¶ 3(b). Defendant entered a guilty plea on January 19, 2017. (ECF No. 7.)

On January 5, 2018, the parties filed a joint motion for vacatur of the guilty plea, and in the event of vacatur, dismissal. (ECF No. 12.) Counsel for the United States indicates that he has confirmed that Defendant has complied with each of the obligations set forth in the plea agreement. (Id. at p. 2.)

On January 18, 2018, a hearing was held on the joint motion for vacatur of guilty plea, and in the event of vacatur, dismissal. (ECF No. 12.) Darin Rock appeared on behalf of the United States and Andrew Wong appeared on behalf of Defendant. At the hearing, counsel made a joint request to have the matter dismissed.

The Court having read the joint motion, having reviewed and considered the conditions upon which the defendant entered his guilty plea and that he has complied with the terms of the plea agreement and having heard the argument of counsel at the hearing, finds that fair and just reasons exist to vacate Defendant's guilty plea entered on January 19, 2017, and dismiss the case against him.

Accordingly, IT IS HEREBY ORDERED that:

1. The joint motion for vacatur of guilty plea, and in event of vacatur, dismissal (ECF No. 12) is GRANTED;

2. Defendant's plea of guilty is VACATED and the charges in this case, as reflected in the information filed August 31, 2016 (ECF No. 1), are DISMISSED WITH PREJUDICE; and

3. The sentencing set for February 1, 2018, at 10:00 a.m. in Courtroom 9 is VACATED.

IT IS SO ORDERED.

Dated: **January 18, 2018**

UNITED STATES MAGISTRATE JUDGE